JS-6

1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10 MARIO MENDOZA,                              Case No. 2:25-cv-07712-AB (Ex)

11         Plaintiff,

12     v.                                      **ORDER DISMISSING CIVIL ACTION**

13 YACOUB RAED KHALAF D/B/A
   AMERICAN STEREO MASTERS;
14 ERIC PETERSON, AS TRUSTEE OF
   THE JANIECE E. PETERSON LIVING
15 TRUST; and DOES 1 to 10,

16         Defendants.

17

18     The Court has been advised that this action has been settled.

19     The Court therefore **ORDERS** that this action is hereby **DISMISSED** without

20 costs and without prejudice to the right, upon good cause shown within **30 days,** to re-

21 open the action if settlement is not consummated. This Court retains full jurisdiction

22 over this action and this Order shall not prejudice any party to this action.

23

24

25 Dated:  October 29, 2025                    _____
                                              HON. ANDRE BIROTTE JR.
26                                            UNITED STATES DISTRICT JUDGE

27

28

1